```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT WEEKES,                                              :
                                                            :
                              Plaintiff,                    :    21-CV-10792 (AT) (OTW)
                                                            :
              -against-                                     :
                                                            :    ORDER
VALYOU FURNITURE LLC,                                       :
                                                            :
                              Defendant.                    :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's request to submit a Motion for Default Judgment is **GRANTED**. Plaintiff is directed to review Judge Torres's individual rules in connection with the Motion.

Plaintiff is further directed to serve a copy of this Order and a copy of their Motion for Default Judgment on Defendants and file proof of service on the docket.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: June 2, 2022          **Ona T. Wang**
       New York, New York    United States Magistrate Judge